IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1450-MSK-CBS

EIGHTH DISTRICT ELECTRICAL PENSION FUND,
EIGHTH DISTRICT ELECTRICAL PENSION FUND ANNUITY PLAN,
TRUSTEES OF THE EIGHTH DISTRICT ELECTRICAL PENSION FUND
　　AND ANNUITY PLAN,
EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
TRUSTEES OF THE EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
NATIONAL ELECTRICAL BENEFIT FUND,
TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND,
PUEBLO ELECTRICAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE, and
TRUSTEES OF THE PUEBLO ELECTRICAL JOINT APPRENTICESHIP
　　AND TRAINING COMMITTEE,

Plaintiffs,

v.

SHOMAKER ELECTRIC SERVICE, INC., d/b/a SHOMAKER ELECTRIC CO.,
CRAIG E. SHOMAKER, individually, and
LISA M. SHOMAKER, individually.

Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION TO APPROVE BILL OF FEES AND COSTS

This matter comes before the Court on Plaintiffs' Motion to Approve Bill of Fees and Costs ("Motion"). Defendants have not responded to the Motion. Having reviewed the Motion, and finding that good cause has been shown, the Court **ORDERS** that Plaintiffs' Bill of Fees and Costs filed on October 7, 2005, be, and it hereby is, **GRANTED**.

Dated this 15th day of November, 2005.

BY THE COURT:

Craig B. Shaffer
United States Magistrate Judge