IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01450-MSK-CBS

EIGHTH DISTRICT ELECTRICAL PENSION FUND,
EIGHTH DISTRICT ELECTRICAL PENSION FUND ANNUITY PLAN,
TRUSTEES OF THE EIGHTH DISTRICT ELECTRICAL PENSION FUND AND
ANNUITY PLAN,
EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
TRUSTEES OF THE EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
NATIONAL ELECTRICAL BENEFIT FUND,
TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND,
PUEBLO ELECTRICAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE, and
TRUSTEES OF THE PUEBLO ELECTRICAL JOINT APPRENTICESHIP AND
TRAINING COMMITTEE,
    Plaintiffs,
v.

SHOMAKER ELECTRIC SERVICE, INC. d/b/a SHOMAKER ELECTRIC CO.,
CRAIG E. SHOMAKER, individually, and
LISA M. SHOMAKER, individually,
    Defendants.
_____

## ORDER RE: PLAINTIFFS' STATUS REPORT
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Plaintiffs' Status Report (filed June 30, 2006) (doc. # 33). On September 29, 2005, the court held a hearing on Plaintiffs' Motion to Compel Responses to Interrogatories to Judgment Debtor and Request for Production of Documents (doc. # 25). The court granted Plaintiffs' request to reopen the case and to compel Defendants' responses. Plaintiffs' counsel indicated on the record that in the event that Defendants did not comply with the FED.R.CIV.P. 69 subpoenas he intended to serve, he would seek specific relief from the court. On

1

November 17, 2005, the court granted Plaintiffs' Motion for Attorneys Fees.

As the court did receive any further communication from Plaintiffs' counsel as to the status of the FED.R.CIV.P. 69 subpoenas, the court issued a Minute Order on June 21, 2006 (doc. # 32), directing Plaintiffs to advise the court of the status of the case. In their status report filed June 30, 2006, Plaintiffs "reiterate their request, . . . that the Court issue an order specifically admonishing Defendants that if they should disobey the Court's order compelling them to respond to the interrogatories and requests for production of documents, including by failing to provide complete, non-evasive, and truthful responses, they subject themselves to the risk of being held in contempt of court." (Status Report at ¶ 4). The requested relief is not properly set forth in a status report. (*See, e.g.,* D.C. COLO. LCivR 7.1 C ("A motion shall be made in a separate paper")). Further, the court will not hold this civil action open indefinitely in the absence of any further action by Plaintiffs.

Accordingly, IT IS ORDERED that the relief requested at page 3 of Plaintiff's Status Report is DENIED.

DATED at Denver, Colorado this 11th day of July, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge