IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-1450-MSK-CBS

EIGHTH DISTRICT ELECTRICAL PENSION FUND,
EIGHTH DISTRICT ELECTRICAL PENSION FUND ANNUITY PLAN,
TRUSTEES OF THE EIGHTH DISTRICT ELECTRICAL PENSION FUND
    AND ANNUITY PLAN,
EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
TRUSTEES OF THE EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
NATIONAL ELECTRICAL BENEFIT FUND,
TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND,
PUEBLO ELECTRICAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE,
and
TRUSTEES OF THE PUEBLO ELECTRICAL JOINT APPRENTICESHIP
    AND TRAINING COMMITTEE,

Plaintiffs,

v.

SHOMAKER ELECTRIC SERVICE, INC., d/b/a SHOMAKER ELECTRIC CO.,
CRAIG E. SHOMAKER, individually, and
LISA M. SHOMAKER, individually.

Defendants.

---

**ORDER**

---

    THIS MATTER is before the Court on the Motion to Close Case **(#35).** The Court being fully advised in the foregoing,

    **ORDERS** that the Motion to Close Case **(#35) is GRANTED**. The Clerk shall close this case.

Dated this 2nd day of November, 2006

          **BY THE COURT:**

          _____
          Marcia S. Krieger
          United States District Judge